---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pain MD, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  PainMD Pain & Wellness Clinics** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1743993** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **725 Coolsprings Boulevard, Suite 550** <br> **Franklin, TN 37067** <br> Number, Street, City, State & ZIP Code | **P.O. Box 1226** <br> **Franklin, TN 37065** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Williamson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **N/A** |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

| Debtor | **Pain MD, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| Debtor | **Pain MD, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Pain MD, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 14, 2019**
             MM / DD / YYYY

**X /s/ Michael Kestner**                          **Michael Kestner**
Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Robert J. Mendes**                 Date **June 14, 2019**
Signature of attorney for debtor                MM / DD / YYYY

**Robert J. Mendes 017120**
Printed name

**Waypoint Law PLLC**
Firm name

**346 21st Avenue North**
**Nashville, TN 37203**
Number, Street, City, State & ZIP Code

Contact phone   **615.209.7477**       Email address   **bmendes@waypointlaw.com**

**017120 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Pain MD, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**June 14, 2019**__          X **/s/ Michael Kestner**
                                      Signature of individual signing on behalf of debtor

                                      **Michael Kestner**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Pain MD, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................................    $     **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................    $     **2,882,069.55**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..................................................................................    $     **2,882,069.55**

---

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **82,334.50**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **74,542.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **12,928,935.81**

4.   **Total liabilities** .............................................................................................................
    Lines 2 + 3a + 3b       $     **13,085,812.31**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pain MD, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank (PainMD Corporate)** **1712 West End Avenue, 2nd Floor, Nashville, TN 37203** | | **4100** | **$5,110.84** |
| 3.2. | **SunTrust Bank (Kingsport)** **731 Cool Springs Blvd., Franklin, TN 37067** | | **4028** | **$529.35** |
| 3.3. | **SunTrust Bank (Lawrenceburg)** **731 Cool Springs Blvd., Franklin, TN 37067** | | **4010** | **$269.61** |
| 3.4. | **SunTrust Bank (Mt. Juliet)** **731 Cool Springs Blvd., Franklin, TN 37067** | | **6902** | **$5,693.65** |
| 3.5. | **Capital Bank (Greeneville)** **P.O. Box 1120, Greeneville, TN 37744-1120** | | **7085** | **$1,189.75** |
| 3.6. | **Wells Fargo Bank (Bristol, VA)** **1712 West End Avenue, 2nd Floor, Nashville, TN 37203** | | **8082** | **$286.65** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
Document      Page 7 of 63

| Debtor | **Pain MD, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Wells Fargo Bank (Christiansburg, VA)**<br>**1712 West End Avenue, 2nd Floor,**<br>**Nashville, TN 37203** | | **1727** | **$817.15** |
| 3.8. | **Wells Fargo Bank (Concord, NC)**<br>**1712 West End Avenue, 2nd Floor,**<br>**Nashville, TN 37203** | | **1743** | **$958.81** |
| 3.9. | **Wells Fargo Bank (High Point, NC)**<br>**1712 West End Avenue, 2nd Floor,**<br>**Nashville, TN 37203** | | **1750** | **$482.83** |
| 3.10. | **Wells Fargo Bank (Mount Airy, NC)**<br>**1712 West End Avenue, 2nd Floor,**<br>**Nashville, TN 37203** | | **1768** | **$1,502.69** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

         **$16,841.33**

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

         7.1.  **Prepaid insurances (General liability, malpractice liability, property, auto and workers compensation)**      **$5,000.00**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

9.      **Total of Part 2.**

         Add lines 7 through 8. Copy the total to line 81.

         **$5,000.00**

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **977,331.13** | - | **0.00** | = .... | **$977,331.13** |
| 11b. Over 90 days old: | **144,111.00** | - | **0.00** | =.... | **$144,111.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Pain MD, LLC**                                          Case number *(If known)* _____
          Name

12.    **Total of Part 3.**                                                                  | $1,121,442.13 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
□ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Subaru Legacy (2012) VIN 4S3BMCC67C3019369;  Original Cost: $24,750.00** | **$0.00** | | **Unknown** |
| 47.2.  **Subaru Legacy (2013) VIN 4S3BMCC63D3036591;  Original Cost: $25,411.76** | **$0.00** | | **Unknown** |
| 47.3.  **Subaru Legacy (2015) VIN 4S3BNBC68F3074960; Original Cost: $25,683.73** | **$0.00** | | **$6,849.08** |
| 47.4.  **Subaru Legacy (2015) VIN 4S3BNBC62F3076297; Original Cost: $25,928.47** | **$0.00** | | **$6,914.31** |

Case 3:19-bk-03841   Doc 1   Filed 06/14/19   Entered 06/14/19 16:56:00   Desc Main
                     Document      Page 9 of 63

Debtor    **Pain MD, LLC**
          Name                                    Case number *(If known)* _____

| | | | |
|---|---|---|---|
| 47.5. | **Subaru Legacy (2016) VIN 4S3BNBC6XG3020450; Original Cost: $25,885.43** | $0.00 | $7,765.78 |
| 47.6. | **Mercedes Cargo Van (2016) VIN WD3PG2EA4G3090814; Original Cost: $36,082.59** | $0.00 | $14,072.08 |
| 47.7. | **Subaru Outback (2016) VIN 4S4BSBNC7G3360341; Original Cost: $28,786.27** | $0.00 | $12,474.09 |
| 47.8. | **Subaru Legacy (2016) VIN 4S3BNAC68G3064182;  Original Cost: $26,416.38** | $0.00 | $12,210.75 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.                          | $60,286.09 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

| Debtor | **Pain MD, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

Current value of
debtor's interest

| 71. | **Notes receivable** | | | |
|---|---|---|---|---|
| | Description (include name of obligor) | | | |
| | **Receivable from Michael Kestner - owner of MedManagement Inc. which is an 80% owner of PainMD, LLC. Funds ($250,000) were borrowed from PainMD on October 15, 2015 and the remaining balance as of the current date is reflected.** | **178,500.00** -<br>Total face amount | **0.00** =<br>doubtful or uncollectible amount | |
| | | | | **$178,500.00** |

| | **Note receivable from Titan Management Partners, LLC (Sale of the North Carolina 4 clinic assets as of February 1, 2019 - note is payable monthly over 36 months - payments to begin in April 2019 but any payments are being held in escrow pending the outcome of the Federal Civil Action lawsuit against PainMD, LLC.)** | **1,500,000.00** -<br>Total face amount | **0.00** =<br>doubtful or uncollectible amount | |
|---|---|---|---|---|
| | | | | **$1,500,000.00** |

| | **Note receivable from Rinova The Wellness Group, P,C, (Sale of the Tennessee 4 clinic assets as of February 1, 2019 -<br>note is payable monthly over 36 months - payments were to begin in April 2019 but no payments have been made due to actions taken by the Medicare Unified Program Integrity Contractor for suspension of Medicare reimbursements to the Rinova clinics.  All Rinova clinics ceased operations as of May 8, 2019 due to insufficient funds for continued operations.)<br>COLLECTIBILITY OF THIS NOTE IS HIGHLY DOUBTFUL.** | **1,250,000.00** -<br>Total face amount | **1,250,000.00** =<br>doubtful or uncollectible amount | |
|---|---|---|---|---|
| | | | | **$0.00** |

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
Document      Page 11 of 63

| Debtor | **Pain MD, LLC** | | Case number *(If known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| **Note receivable from Cadence Consulting, LLC (Sale of clinic assets of the 2 Virginia clinics as of February 2, 2019. Rinova owned the medical practice and Cadence was contracted as the management entity with responsibility for all non-medical decisions of opertional activity and was at financial risk for profits or losses. Note payments were to begin in April 2019 but no payments have been made due to the actions taken by the Medicare Unified Program Integrity Contractor for suspension of Medicare reimbursements to the Rinova clinics. All Rinova clinics ceased operations as of May 8, 2019 due to insufficient funds for continued operations.) COLLECTIBILITY OF THIS NOTE IS HIGHLY DOUBTFUL.** | **1,000,000.00** <br> Total face amount | - | **1,000,000.00** <br> doubtful or uncollectible amount | = |
| | | | | **$0.00** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   **$1,678,500.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
Document     Page 12 of 63

Debtor     **Pain MD, LLC**                                              Case number *(If known)*  _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,841.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,121,442.13 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $60,286.09 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,678,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,882,069.55 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,882,069.55 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
                    Document      Page 13 of 63

**Fill in this information to identify the case:**

Debtor name **Pain MD, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|
| **2.1 DeLage Landen Financial Services, Inc.** | $19,798.15 | $0.00 |

Creditor's Name

**Lease Direct**
**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Ziehm Solo C-Arm (Cookeville Clinic); Currently in process of taking possession of equipment under lease.**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No   ☐ Yes
Is anyone else liable on this claim?
■ No   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**3/26/2015-3/26/2020**
Last 4 digits of account number **1651**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **2.2 DeLage Landen Financial Services, Inc.** | $39,542.60 | $0.00 |

Creditor's Name

**(Lease Direct) 1111 Old Eagle School Roa**
**Wayne, PA 19087**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Digital X-Ray machine (Stored at Kelly X-Ray); Currently in process of taking possession of equipment under lease.**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No   ☐ Yes
Is anyone else liable on this claim?
■ No   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2/17/2017-2/17/2021**
Last 4 digits of account number **6310**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:19-bk-03841   Doc 1   Filed 06/14/19   Entered 06/14/19 16:56:00   Desc Main
Document      Page 14 of 63

| Debtor | **Pain MD, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **DeLage Landen Financial Services, Inc.** | | $17,893.75 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Lease Direct**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**PACS - software (Corporate office); Currently in process of taking possession of equipment under lease.**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/24/2017-1/24/2021**

**Last 4 digits of account number**
**5890**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First Data Global Leasing** | | $5,100.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**4000 Coral Ridge Drive**
**Coral Springs, FL 33065**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Credit card and check swiping equipment lease.**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/28/2015-10/30/2019**

**Last 4 digits of account number**
**0997**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **RJ Young** | | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**809 Division Street**
**Nashville, TN 37203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Copier machine lease for clinic locations and corporate office - base lease plus charge for volume of copies**

**Describe the lien**

---

Debtor **Pain MD, LLC**
Name

Case number (if know)

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**4/12/2016-4/12/2020**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $82,334.50

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Pain MD, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Lisabeth Williams, M.D.**<br>**103 Generals Retreat Place**<br>**Franklin, TN 37064** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $74,542.00    $74,542.00 |

| Date or dates debt was incurred<br>**Year 2018 through Jan. 2019** | Basis for the claim:<br>**Unpaid compensation** |
|---|---|
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Access Climate Controlled Storage**<br>**P. O. Box 1225**<br>**Tullahoma, TN 37388**<br>Date(s) debt was incurred  **May 2019**<br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Basis for the claim: Storage unit rental**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | $200.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Aetna**<br>**29406 Reliable Parkway**<br>**Chicago, IL 60686-0294**<br>Date(s) debt was incurred  **Various dates**<br>Last 4 digits of account number ____ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Basis for the claim: Refund requests for denials, overpayments or medical necessities**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| Debtor | **Pain MD, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Aetna, Inc.**
**Attn: Cotiviti Healthcare, Hillcrest III**
**731 Arbor Way, Suite 150**
**Blue Bell, PA 19422**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred **Various dates**

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Refund requests for denials, overpayments or medical necessities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |
|---|---|---|---|

**All American Storage**
**2009 Fisk Road**
**Cookeville, TN 38506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **May 2019**

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Storage unit rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$510.01** |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **March - April 2019**

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Credit card charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Anthem HealthKeepers Plus**
**P.O. Box 62427**
**Attn: Cost Containment Unit**
**Virginia Beach, VA 23466-2427**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various dates**

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Refund requests for denials, overpayments or medical necessities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,587.45** |
|---|---|---|---|

**AT&T-IL**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **February 2019**

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69.69** |
|---|---|---|---|

**Averus**
**1800 Nations Drive #215**
**Gurnee, IL 60031**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **February 2019**

Last 4 digits of account number __

Basis for the claim: **Basis for claim: on-site fire extinguisher inspections at the clinics**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,684.00** |
|---|---|---|---|

**Bioventus LLC**
**PO Box 732823**
**Dallas, TX 75373-2823**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **September - December 2018**

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Supplies sold to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pain MD, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79,051.43** |
|---|---|---|---|

**BizMatics, Inc.**
**4010 Moorpark Avenue**
**Suite 222**
**San Jose, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **October 2018 - January 2019**

Basis for the claim:  **Basis for the claim: Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Blue Cross Blue Shield of Tennessee**
**1 Cameron Hill Circle**
**Chattanooga, TN 37402**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Basis for the claim: Refund requests for denials, overpayments or medical necessities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$405.40** |
|---|---|---|---|

**Boston Scientific Corporation**
**PO Box 951653**
**Dallas, TX 75395-1653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2018**

Basis for the claim:  **Basis for the claim: Supplies sold to company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,760.88** |
|---|---|---|---|

**Cerilliant**
**811 Paloma Drive, Suite A**
**Round Rock, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **November - December 2018**

Basis for the claim:  **Basis for the claim: Supplies sold to company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CGS DME MAC**
**P.O. Box 955152**
**Saint Louis, MO 63195-5152**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Basis for the claim: Refund requests for denials, overpayments or medical necessities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cigna**
**P.O. Box 23487**
**Chattanooga, TN 37422-3487**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Basis for the claim: Refund requests for denials, overpayments or medical necessities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,782.65** |
|---|---|---|---|

**College of Amercan Pathologists(CAP)**
**P O Box 71698**
**Chicago, IL 60694-1698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2019**

Basis for the claim:  **Basis for the claim: Member registration fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Pain MD, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.50 |
|---|---|---|---|

**D&H Electronic Systems, Inc.**
**PO Box 377**
**Mount Juliet, TN 37121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __November 2018__

Basis for the claim: __Basis for the claim: Services provided__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,014.00 |
|---|---|---|---|

**De Lage Landen**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __February 2019__

Basis for the claim: __Basis for the claim: Leased equipment__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Dialog Health Inc. - CO**
**Attn: Brandon Daniell**
**PO Box 101043**
**Denver, CO 80250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __March 2019__

Basis for the claim: __Basis for the claim: Services provided__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,013.70 |
|---|---|---|---|

**EBSCO**
**P.O. Box 830460**
**Birmingham, AL 35283-0460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __January 2019__

Basis for the claim: __Basis for the claim: Services provided__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,240.50 |
|---|---|---|---|

**ERISA Services, Inc.**
**PO Box 24628**
**Knoxville, TN 37933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __December 2018__

Basis for the claim: __Basis for the claim: Services provided__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.37 |
|---|---|---|---|

**Experian Health, Inc.**
**C/O Experian**
**PO Box 886133**
**Los Angeles, CA 90088-6133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred __December 2018 - January 2019__

Basis for the claim: __Basis for the claim: Services provided__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.00 |
|---|---|---|---|

**Extra Space Storage**
**3510 Glenn McConnell Pkwy**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __May - June 2019__

Basis for the claim: __Basis for the claim: Storage unit rental__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pain MD, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$420.00** |
|---|---|---|---|

**First Security Self Storage**
5 Midway Plaza Dr. NW
Christiansburg, VA 24073-6574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May - June 2019**

Last 4 digits of account number

Basis for the claim: **Basis for the claim: Storage unit rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,555.76** |
|---|---|---|---|

**Fisher Health Care**
P.O. Box 404705
Atlanta, GA 30384-4705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **January - February 2019**

Last 4 digits of account number **8001**

Basis for the claim: **Basis for the claim: Supplies sold to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,290.32** |
|---|---|---|---|

**Genzyme Corporation**
62665 Collections Center Drive
Chicago, IL 60693-0626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **October 2018 - February 2019**

Last 4 digits of account number

Basis for the claim: **Basis for the claim: Supplies sold to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,472.88** |
|---|---|---|---|

**HealthcareSourceHR, Inc.**
PO Box 783577
Philadelphia, PA 19178-3577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **December 2018**

Last 4 digits of account number

Basis for the claim: **Basis for the claim: Services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,776.07** |
|---|---|---|---|

**Henry Schein-2013**
Dept CH 10560
Palatine, IL 60055-0560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January - March 2019**

Last 4 digits of account number

Basis for the claim: **Basis for the claim: Supplies sold to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Humana**
Attn: Provider Payment Integrity Dept.
P.O. Box 14601
Lexington, KY 40512-4601

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various dates**

Last 4 digits of account number

Basis for the claim: **Basis for the claim: Refund requests for denials, overpayments or medical necessities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Humana Military**
TRICARE East Refunds / Recoupments
P.O. Box 7937
Madison, WI 53707-7937

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various dates**

Last 4 digits of account number

Basis for the claim: **Basis for the claim: Refund requests for denials, overpayments or medical necessities**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Pain MD, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,878.81 |
|---|---|---|---|

**IDeaCOM Networks**
**220 Great Circle Road**
**Suite 110**
**Nashville, TN 37228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January 2019**

Basis for the claim:  **Basis for the claim: Services provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,136.00 |
|---|---|---|---|

**Kraft CPAs PLLC**
**555 Great Circle Road**
**Nashville, TN 37228-1310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February - August 2018**

Basis for the claim:  **Basis for the claim: Professional services provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,594.37 |
|---|---|---|---|

**LinkedIn Corporation**
**62228 Collections Center Drive**
**Chicago, IL 60693-0622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 2018**

Basis for the claim:  **Basis for the claim: Services provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,500.00 |
|---|---|---|---|

**Lisabeth Williams, M.D.**
**103 Generals Retreat Place**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **April 2019**

Basis for the claim:  **Basis for the claim:  Working capital loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.00 |
|---|---|---|---|

**Lisabeth Williams, M.D.**
**103 Generals Retreat Place**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **April 2019**

Basis for the claim:  **Basis for the claim:  Expense reimbursement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.59 |
|---|---|---|---|

**LiveMessage America**
**PO Box 639236**
**Cincinnati, OH 45263-9236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 2019**

Basis for the claim:  **Basis for the claim: Services provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850,000.00 |
|---|---|---|---|

**Lori M. Tinsley**
**c/o Richard W. Davis, Jr., Esq.**
**P.O. Box 3448**
**Radford, VA 24143**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lori M. Tinsley v. The Pain Center of Christiansburg, et al; Filed in the Circuit Court of the County of Montgomery (VA); Case No. 121CL13012218-00**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pain MD, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**LYNE, LLC**
6 S. 14th Street
Nashville, TN 37206

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __February 2019__

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Copy of previous product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,783,431.34 |
|---|---|---|---|

**MedManagement, Inc.**
725 Cool Springs Blvd., Suite 550
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various periods of time up to January 2019__

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Fees for administrative service performed and expenses paid to vendors for PainMD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |
|---|---|---|---|

**MedSafe Waste, LLC**
204 Louise Avenue
Suite A
Hendersonville, TN 37075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __January 2019__

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,358.79 |
|---|---|---|---|

**Medtech Enterprises**
2158 Northgate Park Lane
Suite 408
Chattanooga, TN 37415-6957

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __October - December 2018__

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,252.45 |
|---|---|---|---|

**Merit Laboratory Partners**
357 Riverside Drive
Suite 100
Franklin, TN 37064-8958

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __August 2018__

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NC Tracks**
P.O. Box 300009
Raleigh, NC 27622-8009

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __Various dates__

Basis for the claim: **Basis for the claim: Refund requests for denials, overpayments or medical necessities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Palmetto GBA**
2300 Springdale Drive
Camden, SC 29020

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various dates__

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Refund requests for denials, overpayments or medical necessities**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
Document      Page 23 of 63

| Debtor | **Pain MD, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Performant Recovery, Inc.**
**CMS RAC**
**P.O. Box 3568**
**San Angelo, TX 76902**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various dates**

Last 4 digits of account number _

Basis for the claim: **Basis for the claim: Refund requests for denials, overpayments or medical necessities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$427.76** |
|---|---|---|---|

**Print Authority**
**7103-B Crossroads Blvd.**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Basis for the claim: Services provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$486.00** |
|---|---|---|---|

**Public Storage**
**2363 Ashley River Rd.**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **April - May 2019**

Last 4 digits of account number _

Basis for the claim: **Basis for the claim: Storage unit rental**

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,115.22** |
|---|---|---|---|

**Richardson R. Lynn**
**PO Box 921**
**Lexington, VA 24450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **November 2018 - March 2019**

Last 4 digits of account number _

Basis for the claim: **Basis for the claim: Professional services provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Rinova The Wellness Group, P.C.**
**725 Cool Springs Blvd.**
**Suite 550**
**Franklin, TN 37067**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **April 2019**

Last 4 digits of account number _

Basis for the claim: **Basis of claim: Indemnification per terms of Asset Purchase Agreement with PainMD, LLC -for business interuption due to existing issues of Seller (PainMD, LLC)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$353,020.07** |
|---|---|---|---|

**Rinova The Wellness Group, P.C.**
**725 Cool Springs Blvd.**
**Suite 550**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March - May 2019**

Last 4 digits of account number _

Basis for the claim: **Basis of claim: Operating funds paid to PainMD by Rinova in excess of expenses paid on behalf of Rinova.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,490.02** |
|---|---|---|---|

**RJ Young**
**PO Box 415000**
**Nashville, TN 37241-7511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Basis for the claim: Services and equipment**

Is the claim subject to offset? ■ No ☐ Yes

Case 3:19-bk-03841   Doc 1   Filed 06/14/19   Entered 06/14/19 16:56:00   Desc Main
Document     Page 24 of 63

| Debtor | **Pain MD, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |

**Secure Storage Solutions**
**PO Box 393**
**Lawrenceburg, TN 38464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 2019**

Last 4 digits of account number __

Basis for the claim:  **Basis for the claim: Storage unit rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |

**Selfstor Solutions**
**881 Hillside Drive**
**Cookeville, TN 38501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 2019**

Last 4 digits of account number __

Basis for the claim:  **Basis for the claim: Storage unit rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,513.01 |

**Shackelford, Bowen, McKinley and Norton**
**47 Music Square East**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Basis for the claim: Professional services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,466.40 |

**Shred-It**
**28883 Network Place**
**Chicago, IL 60673-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Basis for the claim: Services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000,000.00 |

**State of Tennessee, Department of Health**
**Attn: Office of the Attorney General**
**P.O. Box 20207, TennCare**
**Nashville, TN 37203-0207**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various years**

Last 4 digits of account number __

Basis for the claim:  **Basis for the claim: Civil action - False Claims Act billing issue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,026.00 |

**StorPlace of Veterans Pkwy**
**138 Vererans Parkway**
**Murfreesboro, TN 37128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 2019**

Last 4 digits of account number __

Basis for the claim:  **Basis for the claim: Storage unit rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |

**Stowaway Storage**
**2005 American Way**
**Kingsport, TN 37660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 2019**

Last 4 digits of account number __

Basis for the claim:  **Basis for the claim: Storage unit rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pain MD, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,083.98 |
|---|---|---|---|

**Stryker Sales Corp**
**PO Box 70119**
**Chicago, IL 60673-0119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Supplies sold to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,546.31 |
|---|---|---|---|

**Titan Management Partners, LLC**
**123 Wilton Place**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __March - May 2019__

Last 4 digits of account number __

Basis for the claim: **Basis of claim: Operating funds paid to PainMD by Titan Management Partners in excess of expenses paid on behalf of Titan Management Partners.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**TLC Mini Storage**
**1960 Memorial Street**
**Clarksville, TN 37043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __May 2019__

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Storage unit rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,343.08 |
|---|---|---|---|

**UCT, LLC**
**2731 Bartram Road**
**Bristol, PA 19007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Supplies sold to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**United Healthcare**
**Attn: Recovery Services**
**P.O. Box 740804**
**Atlanta, GA 30374-0804**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various dates__

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Refund requests for denials, overpayments or medical necessities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**US Government, Department of Health and Human Services (CMS & TRICARE)**
**110 9th Ave, South, Suite A-961**
**Nashville, TN 37203**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various dates__

Last 4 digits of account number __

Basis for the claim: **Basis for the claim: Civil action - False Claims Act billing issue**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Debtor | **Pain MD, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **C. Timothy Gary, Esq.**<br>**DW Franklin Consulting Group, LLC**<br>**424 Church Street, Suite 1300**<br>**Nashville, TN 37219** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cahaba Government Benefit Administrators**<br>**c/o CT Corporation System**<br>**300 Montvue Rd.**<br>**Knoxville, TN 37919-5546** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **David Ross, AdminAction Coordinator**<br>**SGS Southeastern Unified Program Integri**<br>**33027**<br>**Miramar, FL 33027** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Ellen Bowden McIntyre, Assistant US Atty**<br>**United States Department of Justice**<br>**110 9th Avenue S., Suite A-961**<br>**Nashville, TN 37203** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Frost-Arnett**<br>**P.O. Box 198988**<br>**Nashville, TN 37219** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Jay S. Bowen, Esq.**<br>**Shackelford, Bowen, McKinley & Norton, L**<br>**47 Music Square East**<br>**Nashville, TN 37203** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Jay S. Bowen, Esq.**<br>**Shackelford, Bowen, McKinley & Norton, L**<br>**47 Music Square East**<br>**Nashville, TN 37203** | Line **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Jay S. Bowen, Esq.**<br>**Shackelford, Bowen, McKinley & Norton, L**<br>**47 Music Square East**<br>**Nashville, TN 37203** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **John Marchlowska**<br>**Director Program Integrity Defense Healt**<br>**16401 East Centretech Parkway**<br>**Aurora, CO 80011-9043** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Julie Pinette, Program Integrity**<br>**Division of TennCare**<br>**310 Great Circle Road**<br>**Nashville, TN 37243** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Palmeto GBA, LLC**<br>**c/o Duncan S. McIntosh**<br>**I-20 at Alpine Rd., AA-270**<br>**Columbia, SC 29219** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Philip Bangle, Assistant Attorney Genera**<br>**Medicaid Fraud & Integrity Division**<br>**500 Charlotte Avenue**<br>**Nashville, TN 37243** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

| Debtor | **Pain MD, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **R. Stephen Jobe, Senior Counsel**<br>**Medicaid Fraud & Integrity Division**<br>**500 Charlotte Avenue**<br>**Nashville, TN 37243** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Robert A. Peal, Esq.**<br>**Funk\|Sims, PLC**<br>**3322 West End Ave. #200**<br>**Nashville, TN 37203** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Thomas A. Wiseman III, Esq.**<br>**Wiseman Ashworth Law Group**<br>**511 Union Street, Suite 800**<br>**Nashville, TN 37219-1743** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Thomas A. Wiseman III, Esq.**<br>**Wiseman Ashworth Law Group**<br>**511 Union Street, Suite 800**<br>**Nashville, TN 37219-1743** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **U.S. Department of the Treasury**<br>**Bureau of the Fiscal Service**<br>**P.O. Box 830794**<br>**Birmingham, AL 35283-0794** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **W. Anthony Hullender Dep. Atty General**<br>**500 Charlotte Avenue**<br>**Medicaid Fraud & Integrity Division**<br>**Nashville, TN 37243** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 74,542.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 12,928,935.81 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 13,003,477.81 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Pain MD, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for clinic office space - Christiansburg, VA - The original lease was executed between the landlord and PainMD, LLC; however, upon the sale of the clinic assets to Cadence Consulting, LLC, an assignment of the lease was requested from the landlord. This assignment of the lease would be to Rinova The Wellness Group, PC but was not approved by the landlord in writing as required per terms of the original lease. Under terms of the original lease, had the assignment been approved and for any reason the assignee was unable to perform under the terms of the lease, PainMD, LLC was still obligated to continue performance under terms of the lease. Rinova The Wellness Group, PC has discontinued business and does not have the ability to meet obligations under terms of the lease. Expires on 9/30/22** | |
| State the term remaining | |
| List the contract number of any government contract | **B&A Professional Office Building LLC P.O. Box 3667 Attn: Ben Harris Radford, VA 24143** |

Case 3:19-bk-03841   Doc 1   Filed 06/14/19   Entered 06/14/19 16:56:00   Desc Main Document    Page 29 of 63

Debtor 1    **Pain MD, LLC**                                                                    Case number *(if known)* _____

_____
First Name            Middle Name            Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2.    State what the contract or lease is for and the nature of the debtor's interest

**The original lease was executed between the landlord and PainMD, LLC; however, upon the sale of the clinic assets to Rinova The Wellness Group, PC, an assignment of the lease was requested from the landlord.  This assignment of the lease to Rinova The Wellness Group, PC was not approved by the landlord in writing as required per terms of the original lease. Under terms of the original lease, had the assignment been approved and for any reason the assignee was unable to perform under the terms of the lease, PainMD, LLC was still obligated to continue performance under terms of the lease.  Rinova The Wellness Group, PC has discontinued business and does not have the ability to meet obligations under terms of the lease.**

State the term remaining    **Lease Expires 9/30/19**

List the contract number of any government contract    _____

**Eye Care Center Associates, P.A.
Attn: R. Craig Collier, M.D.
1100 North Jackson Street,
Tullahoma, TN 37388**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
Document    Page 30 of 63

Debtor 1  **Pain MD, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for credit card and check processing machines at each clinic. Seventeen (17) machines - model numbers FD 200 TI and FD 35 EMV PP; Machines for all clinics are bundled under one Merchant ID which holds the Corporate Business Name of "PainMD LLC" but only lists  a DBA Name for one clinic "PainMD Lawrenceburg". Merchant ID: 485205900997.** | |
|---|---|---|---|
| | State the term remaining | **Lease Expires 10/30/19** | **First Data Global Leasing** |
| | List the contract number of any government contract | | **4000 Coral Ridge Drive** **Coral Springs, FL 33065** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:19-bk-03841   Doc 1   Filed 06/14/19   Entered 06/14/19 16:56:00   Desc Main
Document          Page 31 of 63

Debtor 1 **Pain MD, LLC**                                       Case number *(if known)* _____

      First Name                 Middle Name             Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.4.**    State what the contract or lease is for and the nature of the debtor's interest

**Lease for clinic office space - Cookeville, TN - The original lease was executed between the landlord and PainMD, LLC; however, upon the sale of the clinic assets to Rinova The Wellness Group, PC, an assignment of the lease was requested from the landlord.  This assignment of the lease to Rinova The Wellness Group, PC was approved by the landlord verbally but not in writing as required per terms of the original lease. Under terms of the original lease, if for any reason, an assignee was unable to perform under the terms of the lease, PainMD, LLC was still obligated to continue performance under terms of the lease.  Rinova The Wellness Group, PC has discontinued business and does not have the ability to meet obligations under terms of the lease.**

State the term remaining    **Expires on 4/30/2020**

List the contract number of any government contract

**HLM Investments**
**315 North Washington, Suite 209**
**Attn: Mike Atwood**
**Cookeville, TN 38501**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor 1   **Pain MD, LLC**

First Name          Middle Name          Last Name

Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for clinic office space - Bristol, VA - The original lease was executed between the landlord and PainMD, LLC; however, upon the sale of the clinic assets to Cadence Consulting, LLC, an assignment of the lease was requested from the landlord. This assignment of the lease was to Rinova The Wellness Group, PC. If for any reason, Rinova The Wellness Group, PC became unable to perform under the terms of the lease, PainMD, LLC was still obligated to continue performance under terms of the lease. Rinova The Wellness Group, PC has discontinued operations and is unable to meet obligations under terms of the lease.** | |
|---|---|---|---|
| | State the term remaining | **Expires 9/30/2023** | **Marathon Realty Corp.** |
| | List the contract number of any government contract | | **1 Food City Circle**<br>**PO Box 1158**<br>**Abingdon, VA 24212** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Office equipment leases - copier / scanner / fax machines; R.J. Young has a master lease that covers all clinic locations, the laboratory location and the corporate office. Lease expires on 4/2020** | |
|---|---|---|---|
| | State the term remaining | | **RJ Young** |
| | List the contract number of any government contract | | **809 Division St.**<br>**Nashville, TN 37203** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Pain MD, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                           *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **MedManagement, Inc.** | **725 Cool Springs Blvd., Suite 550 Franklin, TN 37067** | **RJ Young** | ☐ D _____ <br> ■ E/F   **3.51** <br> ☐ G _____ |
| 2.2 | **MedManagement, Inc.** | **725 Cool Springs Blvd., Suite 550 Franklin, TN 37067** | **AT&T-IL** | ☐ D _____ <br> ■ E/F   **3.7** <br> ☐ G _____ |
| 2.3 | **MedManagement, Inc.** | **725 Cool Springs Blvd. Suite 550 Franklin, TN 37067** | **RJ Young** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.6** |
| 2.4 | **Rinova The Wellness Group, P.C.** | **P.O. Box 682846 Franklin, TN 37068** | **Eye Care Center Associates, P.A.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.2** |
| 2.5 | **Rinova The Wellness Group, P.C.** | **725 Cool Springs Blvd. Suite 550 Franklin, TN 37068** | **HLM Investments** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.4** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor     **Pain MD, LLC**                                          Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| 2.6 | **Rinova The Wellness Group, P.C.** | **725 Cool Springs Blvd. Suite 550 Franklin, TN 37068** | **Marathon Realty Corp.** | ☐ D _____ ☐ E/F _____ ■ G   2.5 |
|-----|-----|-----|-----|-----|
| 2.7 | **Rinova The Wellness Group, P.C.** | **725 Cool Springs Blvd. Suite 550 Franklin, TN 37068** | **B&A Professional Office Building LLC** | ☐ D _____ ☐ E/F _____ ■ G   2.1 |

Fill in this information to identify the case:

Debtor name **Pain MD, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>**Clinic operations stopped January 31, 2019. Medical services provided to chronic pain patients which were paid for by government payers, commercial insurance and**<br>■ Other **individuals.** | **$531,000.00** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>**Medical services provided to chronic pain patients which were paid for by government payers, commercial insurance and**<br>■ Other **individuals.** | **$12,785,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:19-bk-03841   Doc 1   Filed 06/14/19   Entered 06/14/19 16:56:00   Desc Main
Document     Page 36 of 63

Debtor __Pain MD, LLC__         Case number *(if known)* _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **AT&T-IL**<br>**PO Box 5019**<br>**Carol Stream, IL 60197-5019** | 04/18/2019 | $15,353.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Telephone lines_ |
| 3.2. **B&A Professional Office Building LLC**<br>**P.O. Box 3667**<br>**Attn: Ben Harris**<br>**Radford, VA 24143** | 03/21/2019 | $8,572.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _February 2019 rent 125 Akers Farm Road, Suite C_ |
| 3.3. **Cadence Consulting**<br>**725 Cool Springs Blvd., Suite 550**<br>**Franklin, TN 37067** | 03/14/2019<br>05/01/2019 | $32,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Payments under Management Services Agreement_ |
| 3.4. **De Lage Landen**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602** | 04/04/2019<br>04/24/2019 | $9,722.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Lease payments on imaging equipment_ |
| 3.5. **Global Bio Resources**<br>**725 Cool Springs Blvd., Suite 550**<br>**Franklin, TN 37067** | 05/01/2019 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Michael Kestner**<br>**725 Cool Springs Blvd., Suite 550**<br>**Franklin, TN 37067** | 03/21/2019<br>04/01/2019<br>04/03/2019<br>04/10/2019 | $28,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Draws on Money Loaned_ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:19-bk-03841   Doc 1   Filed 06/14/19   Entered 06/14/19 16:56:00   Desc Main
Document     Page 37 of 63

| Debtor | **Pain MD, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7. Richardson R. Lynn<br>PO Box 921<br>Lexington, VA 24450 | 04/10/2019 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Legal Services** |
| 3.8. MedManagement, Inc.<br>725 Cool Springs Blvd., Suite 550<br>Franklin, TN 37067 | 03/21/2019<br>03/22/2019<br>03/25/2019<br>03/25/2019<br>03/27/2019<br>03/27/2019<br>03/27/2019<br>03/27/2019<br>03/27/2019<br>04/01/2019<br>04/03/2019<br>04/08/2019<br>04/08/2019<br>04/10/2019<br>04/16/2019<br>04/22/2019<br>04/24/2019<br>04/24/2019<br>04/29/2019<br>05/01/2019<br>05/16/2019<br>05/17/2019 | $402,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Payments under Adm Services Agreement** |
| 3.9. MedMD Interventional Care<br>725 Cool Springs Blvd., Suite 550<br>Franklin, TN 37067 | 03/19/2019<br>03/21/2019<br>03/25/2019<br>03/27/2019<br>04/03/2019<br>04/16/2019<br>05/16/2019 | $137,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Payments for medical providers performing services in clinics (salaries & operating expenses)** |
| 3.10. Merit Laboratory Partners<br>357 Riverside Drive<br>Suite 100<br>Franklin, TN 37064-8958 | 04/04/2019<br>04/11/2019 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Payment to contracted consulting group for laboratory** |
| 3.11. Peter Strianse<br>315 Deaderick Street, Suite 1700<br>Nashville, TN 37238 | 05/09/2019 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Legal Services for PainMD Owners** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
Document     Page 38 of 63

Debtor __Pain MD, LLC__                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.12. **Rinova The Wellness Group, P.C.**<br>**725 Cool Springs Blvd.**<br>**Suite 550**<br>**Franklin, TN 37067** | 05/01/2019 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Transition loan for__ __working capital - post sale__ __transaction__ |
| 3.13. **Tennessee Department of Revenue**<br>**500 Deaderick Street**<br>**Andrew Jackson State Office Building**<br>**Nashville, TN 37242** | 04/18/2019 | $11,637.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Estimated F&E tax__ __payments for 2018 return__ |
| 3.14. **Voya**<br>**P.O. Box 75131**<br>**Charlotte, NC 28275-0131** | 03/25/2019<br>03/25/2019<br>03/25/2019<br>03/25/2019<br>03/25/2019 | $18,771.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Funding of employee &__ __employer contributions to__ __401(k) Plan__ |
| 3.15. **Waypoint Law PLLC**<br>**346 21st Avenue North**<br>**Nashville, TN 37203** | 05/13/2019 | $7,835.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Bankruptcy Attorney__ __Flat Fee and Filing Fee__ |
| 3.16. **Lisabeth Williams, M.D.**<br>**103 Generals Retreat Place**<br>**Franklin, TN 37064** | 03/21/2019<br>04/01/2019 | $17,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Partial Repayment of__ __Temporary Loan__ |
| 3.17. **Wells Fargo Business Elite Card**<br>**Elite Card Payment Center**<br>**PO Box 77066**<br>**Minneapolis, MN 55480-7766** | 03/31/2019<br>04/01/2019<br>04/30/2019<br>05/14/2019 | $9,485.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Credit Card Payments__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Pain MD, LLC**                                          Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
   may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **MedManagement, Inc. 725 Cool Springs Blvd., Suite 550 Franklin, TN 37067 Provider of management and administrative service under an administrative services agreement.** | **6/1/2018 - 5/31/2019** | **$3,461,500.00** | **Management fees under terms of agreement.** |
| 4.2. **Michael Kestner 725 Cool Springs Blvd., Suite 550 Franklin, TN 37067 President of PainMD, LLC and CEO / Owner of MedManagement, Inc. (a Member of PainMD, LLC)** | **6/1/2018 - 5/31/2019** | **$28,500.00** | **Partial repayment of temporary loans.** |
| 4.3. **Lisabeth Williams, M.D. 725 Cool Springs Blvd., Suite 550 Franklin, TN 37067 President / Owner of Mid-South Pain Management, P.C. (a Member of PainMD, LLC)** | **6/1/2018 - 5/31/2019** | **$24,456.37** | **Reimbursement of expenses and partial repayment of temporary loans.** |
| 4.4. **MedMD Interventional Care, P.C. 725 Cool Springs Blvd., Suite 550 Franklin, TN 37067 Medical corporation that provided physician and nurse practitioner provider services to certain PainMD clinics** | **6/1/2018 - 5/31/2019** | **$937,000.00** | **Reimbursements for medical services and operating expenses.** |
| 4.5. **Benjamin Johnson, M.D. 725 Cool Springs Blvd., Suite 550 Franklin, TN 37067 Owner of MedMD Interventional Care, P.C.** | **6/1/2018 - 5/31/2019** | **$2,505.48** | **Reimbursement of expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
   a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **DeLage Landen Financial Services, Inc. 1111 Old Eagle School Road Wayne, PA 19087** | **Ziehm Solo C-Arm imaging unit - at Cookeville, TN clinic (60 month lease with $1 end of lease buy-out); Acquired March 2015 - lease expiration is March 2020 - repossesion process started in May 2019; Original cost $79,360 with $19,798 remaining on lease** | **3/2015 - 5/2019** | **$19,798.00** |

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
                               Document         Page 40 of 63

| Debtor | **Pain MD, LLC** | | Case number *(if known)* | |

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |
| **DeLage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** | **Digital x-ray unit with battery powered generator - stored at Kelley X-Ray in Chattanooga, TN. Lease purchase contract for 60 months with $1 buy-out; Acquired Feb 2017 - lease expiration is Feb 2021 - repossesion process started in May 2019; Original cost $44,150 with $39,543 remaining on lease** | **2/2017 - 5/2019** | **$39,543.00** |
| **DeLage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** | **PACS (image storage software) installed on server at corporate office - financed on a 60 month lease with a $1 buy-out; Acquired Jan 2017 - lease expiration is Jan 2021 - repossesion process started in May 2019; Original cost $22,396 with $17,894 remaining on lease** | **1/2017 - 5/2019** | **$17,894.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **State of Tennessee v. Pain MD, LLC, et al.**<br>**2017-262** | **Civil lawsuit seeking damages for fraud** | **Williamson County Circuit Court**<br>**135 4th Avenue South**<br>**Franklin, TN 37064** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **United States of America v. Micheal Kestner, Lisabeth Smolenski Williams, Pain MD, LLC, et al.**<br>**3:18-cv-01346** | **Civil action seeking injunctive relief** | **U.S. District Court for the Middle**<br>**801 Broadway, Room 800**<br>**Nashville, TN 37203** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Lori M. Tinsley v The Pain Center of Christiansburg, et al.**<br>**121CL 13012218-00** | **Civil action seeking damages for medical malpractice: Pain MD, LLC, previously owned The Pain Center of Christiansburg** | **Circuit Court for Montgomery Co., VA**<br>**55 East Main St., Suite 1**<br>**Christiansburg, VA 24073** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
Document    Page 41 of 63

| Debtor | Pain MD, LLC | Case number *(if known)* | |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | 7187 Bryhawke Circle, LLC v. Pain MD, LLC<br>2019-CP-10-1882 | Civil action seeking back rent for a clinic location | The Court of Common Pleas for the Ninth Judicial Circuit, Charleston Co.<br>Common Pleas and General Sessions<br>100 Broad Street, Suite 106<br>Charleston, SC 29401-2258 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Administrative Agency Action (CMS)<br>Reference No. CSE-181109-00003 | Suspension of Medicare Payments to PainMD, LLC, Medicare ID Numbers: 103G705716 / D813 / D540; NPI No. 1639509664 | David Ross, Admin. Action Coordinator<br>SGS Southeastern Unified Program<br>Integrity Coordinator<br>3450 Lakeside Drive, SGS Suite 201<br>Miramar, FL 33027 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | State of Tennessee v. Pain MD, LLC, et al.; Administrative Agency Action (TennCare)<br>Civil Action No. 2017-262 | TennCare Payment Suspension to PainMD, LLC, Medicaid ID: Q005805; NPI No. 1639509664 | Julie Pinette, Program Integrity<br>Division of TennCare<br>310 Great Circle Road<br>Nashville, TN 37243 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | United States of America v. Micheal Kestner, Lisabeth Smolenski Williams, Pain MD, LLC, et al.; Administrative Agency Action (TRICARE)<br>Case No. 3:18-cv-01289 | TRICARE payment suspension to PainMD, LLC | John Marchlowska<br>Director, Program Integrity<br>Defense Health Agency<br>16401 East Centretech Parkway<br>Aurora, CO 80011-9043 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Jonathan White<br>103 Hunters Ridge Drive<br>Tullahoma, TN 37388 | Ten-year anniversary gift - Rolex watch | 5/2017 | $7,735.85 |
| | Recipients relationship to debtor<br>Employee of Debtor | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Pain MD, LLC**                                      Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.2.  **Daniel Campbell**<br>**41 Fox Ridge**<br>**McMinnville, TN 37110** | **Ten-year anniversary gift - Rolex watch** | **7/2017** | **$7,735.85** |
| **Recipients relationship to debtor**<br>**Employee of Debtor** | | | |
| 9.3.  **Daniel Seeley**<br>**114 Sherwood Cove**<br>**Batesville, MS 38606** | **Ten-year anniversary gift - Rolex watch** | **7/2017** | **$7,739.53** |
| **Recipients relationship to debtor**<br>**Employee of Debtor** | | | |
| 9.4.  **Tanya Upchurch**<br>**4730 Front Street**<br>**Cookeville, TN 38501** | **Ten-year anniversary gift - Rolex watch** | **7/2017** | **$7,058.07** |
| **Recipients relationship to debtor**<br>**Employee of Debtor** | | | |

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Waypoint Law PLLC**<br>**346 21st Avenue North**<br>**Nashville, TN 37203** | | **5/13/19** | **$7,385.00** |
| **Email or website address**<br>**www.waypointlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
Document      Page 43 of 63

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1315 Euclid Avenue Suite E17 Bristol, VA 24201** | **Oct-18 - Sold Feb-19** |
| 14.2. | **3030 Ashley Town Center Dr Suite A-102 Charleston, SC 29414** | **Mar-16 - Closed Aug-17** |
| 14.3. | **125 Akers Farm Road Suite B Christiansburg, VA 24073** | **Oct-07 - Sold Feb-19** |
| 14.4. | **980 Professional Park Dr Suite C Clarksville, TN 37040** | **May-08 - Sold Feb-19** |
| 14.5. | **855 Bradley Street Suite A Concord, NC 28025** | **2012 - Sold Feb-19** |
| 14.6. | **315 North Washington Avenue Suite 190 Cookeville, TN 38501** | **May-05 - Sold Feb-19** |
| 14.7. | **4147 Hwy 127 N. Suite 102 Crossville, TN 38571** | **Mar-07 - Closed Aug-16** |
| 14.8. | **294 N.Hwy16 Suite B Denver, NC 28037** | **Ort-07 - Sold Feb-19** |
| 14.9. | **357 Riverside Drive Suite 1003 Franklin, TN 37064** | **Jul-12 - Sold Feb-19** |

Debtor    **Pain MD, LLC**                                    Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.10 · | **179 Hancock Street Suite 203 Gallatin, TN 37066** | **Sep-08 - Closed Jan-16** |
| 14.11 · | **906 Tusculum Blvd Greeneville, TN 37745** | **Nov-08 - Closed Oct-17** |
| 14.12 · | **120A Chadwucj Square Court Suite 120A Hendersonville, NC 28739** | **Nov-07 - Closed Nov-16** |
| 14.13 · | **1380 Eastchester Drive Suite 111 High Point, NC 27265** | **Jan-11 -  Sold Feb-19** |
| 14.14 · | **1700 Pinebrook Drive Suite 2 Kingsport, TN 37660** | **Aug-07 - Closed Sept-18** |
| 14.15 · | **1009 N. Locust Avenue Suite 1 Lawrenceburg, TN 38464** | **Jan-07 - Sold Feb-19** |
| 14.16 · | **1908 Caudle Drive Suite 100 Mount Airy, NC 27030** | **Jan-11 - Sold Feb-19** |
| 14.17 · | **5000 Crossings Circle Suite 200 Mount Juliet, TN 37122** | **2013 - Closed Mar-18** |
| 14.18 · | **1747 Medical Center Parkway Suite 120 Murfreesboro, TN 37129** | **2014 - Closed Nov-16** |
| 14.19 · | **144 Jack FarrarLane Tullahoma, TN 37388** | **Sep-15 - Sold Feb-19** |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
                    Document      Page 45 of 63

Debtor **Pain MD, LLC** | Case number *(if known)*

---

The company formerly provided medical-related services and still
has medical records on all patients.  Many of the records are stored
in file boxes at storage facilities and other records are maintained
within the electronic medical records system.

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐   No. Go to Part 10.

   ☑   Yes. Does the debtor serve as plan administrator?

        ☑ No Go to Part 10.
        ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401(k) retirement plan with VOYA Financial; plan name is "PainMD 401(k) Plan: 872467" and it was self-administered.** | EIN:  **37-1743993** |

Has the plan been terminated?
☑ No
☐ Yes

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Regions Bank**<br>**128 N. 2nd Street**<br>**Clarksville, TN 37040** | **XXXX-3797** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 13, 2019 - these accounts were closed by Regions Bank without an explanation as to the reason for closure and not at the request of or through actions by PainMD, LLC.** | **$2,538.54** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case 3:19-bk-03841   Doc 1     Filed 06/14/19   Entered 06/14/19 16:56:00   Desc Main
Document      Page 46 of 63

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Regions Bank**<br>**951 E. 10th Street**<br>**Cookeville, TN 38501** | **XXXX-3576** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 13, 2019 - these accounts were closed by Regions Bank without an explanation as to the reason for closure and not at the request of or through actions by PainMD, LLC.** | **$2,841.13** |
| 18.3. | **Regions Bank**<br>**1200 N. Jackson St.**<br>**Tullahoma, TN 37388** | **XXXX-8937** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 13, 2019 - these accounts were closed by Regions Bank without an explanation as to the reason for closure and not at the request of or through actions by PainMD, LLC.** | **$22,948.58** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage, #4095**<br>**3510 Glenn McConnell Pkwy.**<br>**Charleston, SC 29414** | **N/A - Everyone with access is no longer employed with company** | **Copier, 3 4x8 bookshelves, EMG cart, records, misc equip.** | ☐ No<br>■ Yes |
| **Extra Space Storage, #3010**<br>**3510 Glenn McConnell Pkwy.**<br>**Charleston, SC 29414** | **N/A - Everyone with access is no longer employed with company** | **Copier, procedure table, ultrasound cart, records, misc equip** | ☐ No<br>■ Yes |
| **Public Storage, #B3028**<br>**2363 Ashley River Rd.**<br>**Charleston, SC 29414** | **N/A - Everyone with access is no longer employed with company** | **2 cans paint, a random large metal rack** | ☐ No<br>■ Yes |

| Debtor | **Pain MD, LLC** | Case number *(if known)* |
|---|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **First Security Self Storage, #B59**<br>**5 Midway Plaza Dr. NW**<br>**Christiansburg, VA 24073** | **N/A - Everyone with access is no longer employed with company** | **Charts and records** | ☐ No<br>■ Yes |
| **First Security Self Storage, E08**<br>**5 Midway Plaza Dr. NW**<br>**Christiansburg, VA 24073** | **N/A - Everyone with access is no longer employed with company** | **Filing cabinets, old printer/copier** | ☐ No<br>■ Yes |
| **TLC Mini Storage, #123**<br>**1960 Memorial Dr.**<br>**Clarksville, TN 37043** | **N/A - Everyone with access is no longer employed with company** | **Medical records and charts** | ☐ No<br>■ Yes |
| **All American Storage, #132 & 134**<br>**2005 Fisk Rd.**<br>**Cookeville, TN 38501** | **N/A - Everyone with access is no longer employed with company** | **Charts and records** | ☐ No<br>■ Yes |
| **SelfStor Solutions, #22**<br>**1509 N. Washington Ave.**<br>**Cookeville, TN 38501** | **N/A - Everyone with access is no longer employed with company** | **Old exam tables, chart cabinets** | ☐ No<br>■ Yes |
| **SelfStor Solutions, #23**<br>**1509 N. Washington Ave.**<br>**Cookeville, TN 38501** | **N/A - Everyone with access is no longer employed with company** | **Charts and records** | ☐ No<br>■ Yes |
| **Prime Storage Group, #B19**<br>**2417  E. Stone Dr.**<br>**Kingsport, TN 37660** | **N/A - Everyone with access is no longer employed with company** | **Charts, records, file cabinets and shelving** | ☐ No<br>■ Yes |
| **Stowaway Storage, #304, 305 & 306**<br>**2005 American Way**<br>**Kingsport, TN 37660** | **N/A - Everyone with access is no longer employed with company** | **Charts and records** | ☐ No<br>■ Yes |
| **Secure Storage Solutions, #66 & 67**<br>**2212 W.O. Smith St.**<br>**Lawrenceburg, TN 38464** | **N/A - Everyone with access is no longer employed with company** | **Charts and records** | ☐ No<br>■ Yes |
| **StorPlace of Barfield Self Storage**<br>**138 Veterans Pkwy.**<br>**Murfreesboro, TN 37128** | **N/A - Everyone with access is no longer employed with company** | **Units 1506, 1614, 1618, 6205, 6239, 6241, 6243, 6245 contain the majority of medical equipment, medical records and supplies from clinics which have been closed (Dyersburg, Gallatin, Murfreesboro, Spring Hill, McMinnville). Lists and photos of the items in storage are available.** | ☐ No<br>■ Yes |
| **Access Climate Controlled Storage,**<br>**3246 Old Manchester Hwy.**<br>**Tullahoma, TN 37388** | **N/A - Everyone with access is no longer employed with company** | **Units C-19 &C-16 contain charts and records** | ☐ No<br>■ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **Pain MD, LLC**                                                    Case number *(if known)*

---

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
Document    Page 49 of 63

Debtor    **Pain MD, LLC**          Case number *(if known)*

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Terry Bryant** **725 Cool Springs Blvd., Suite 550** **Franklin, TN 37067** | **October 2014 to June 2019** |
| 26a.2. | **Charles (Trey) Whitfield** **725 Cool Springs Blvd., Suite 550** **Franklin, TN 37067** | **January 2015 to June 2019** |
| 26a.3. | **Blake Ford** **645 Foster Lane** **Mount Juliet, TN 37122** | **Left company on August 31, 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Terry Bryant** **725 Cool Springs Blvd., Suite 550** **Franklin, TN 37067** | |
| 26c.2. | **Charles (Trey) Whitfield** **725 Cool Springs Blvd., Suite 550** **Franklin, TN 37067** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Kestner** | **725 Cool Springs Blvd., Suite 550** **Franklin, TN 37067** | **President of PainMD, LLC and CEO / Owner of MedManagement, Inc. (a Member of PainMD, LLC)** | **80** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Pain MD, LLC**                                           Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Lisabeth Williams, M.D. | 725 Cool Springs Blvd., Suite 550 Franklin, TN 37067 | President / Owner of Mid-South Pain Management, P.C. (a Member of PainMD, LLC) | 20 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|-----------------------------------------------------|-------|--------------------------------|
| 30.1. | Lisabeth Wiliams, M.D. 725 Cool Springs Blvd., Suite 550 Franklin, TN 37067 | $110,073.43 | June 1, 2018 - December 28, 2018 | Compensation |
| | Relationship to debtor President / Owner of Mid-South Pain Management, P.C. (a Member of PainMD, LLC) | | | |
| 30.2. | Lisabeth Williams, M.D. 725 Cool Springs Blvd., Suite 550 Franklin, TN 37067 | $17,500.00 | Mar. 21, 2019 & Apr. 1, 2019 | Partial repayment of loan |
| | Relationship to debtor President / Owner of Mid-South Pain Management, P.C. (a Member of PainMD, LLC) | | | |
| 30.3. | Lisabeth Williams, M.D. 725 Cool Springs Blvd., Suite 550 Franklin, TN 37067 | $7,456.37 | Jun. 13, 2018 - Mar. 7, 2019 | Reimbursement of expenses |
| | Relationship to debtor President / Owner of Mid-South Pain Management, P.C. (a Member of PainMD, LLC) | | | |

| Debtor | Pain MD, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Michael Kestner**<br>**725 Cool Springs Blvd., Suite 550**<br>**Franklin, TN 37067** | **$28,500.00** | **Mar. 21, 2019 - Apr. 10, 2019** | **Partial repayment of loan** |
| | **Relationship to debtor**<br>**President of PainMD, LLC and CEO / Owner of MedManagement, Inc. (a Member of PainMD, LLC)** | | | |

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **PainMD 401(k) Plan:872467 - VOYA Financial** | **EIN:** **37-1743993** |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 14, 2019**

**/s/ Michael Kestner**                                              **Michael Kestner**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Case 3:19-bk-03841    Doc 1    Filed 06/14/19    Entered 06/14/19 16:56:00    Desc Main
Document        Page 52 of 63

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Pain MD, LLC**

Debtor(s)

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 14, 2019**

*Date*

**/s/ Robert J. Mendes**

**Robert J. Mendes 017120**
*Signature of Attorney*
**Waypoint Law PLLC**
**346 21st Avenue North**
**Nashville, TN 37203**
**615.209.7477**
**bmendes@waypointlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Pain MD, LLC** _____    Case No. _____

Debtor(s)    Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 14, 2019** _____      **/s/ Michael Kestner** _____

                                                  **Michael Kestner**/**President**

                                                  Signer/Title

PAIN MD, LLC
P.O. BOX 1226
FRANKLIN TN 37065

ROBERT J. MENDES
WAYPOINT LAW PLLC
346 21ST AVENUE NORTH
NASHVILLE, TN 37203

ACCESS CLIMATE CONTROLLED STORAGE
P. O. BOX 1225
TULLAHOMA TN 37388

AETNA
29406 RELIABLE PARKWAY
CHICAGO IL 60686-0294

AETNA, INC.
ATTN: COTIVITI HEALTHCARE, HILLCREST III
731 ARBOR WAY, SUITE 150
BLUE BELL PA 19422

ALL AMERICAN STORAGE
2009 FISK ROAD
COOKEVILLE TN 38506

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

ANTHEM HEALTHKEEPERS PLUS
P.O. BOX 62427
ATTN: COST CONTAINMENT UNIT
VIRGINIA BEACH VA 23466-2427

AT&T-IL
PO BOX 5019
CAROL STREAM IL 60197-5019

AVERUS
1800 NATIONS DRIVE #215
GURNEE IL 60031

B&A PROFESSIONAL OFFICE BUILDING LLC
P.O. BOX 3667
ATTN: BEN HARRIS
RADFORD VA 24143

BIOVENTUS LLC
PO BOX 732823
DALLAS TX 75373-2823

BIZMATICS, INC.
4010 MOORPARK AVENUE
SUITE 222
SAN JOSE CA 95117

BLUE CROSS BLUE SHIELD OF TENNESSEE
1 CAMERON HILL CIRCLE
CHATTANOOGA TN 37402

BOSTON SCIENTIFIC CORPORATION
PO BOX 951653
DALLAS TX 75395-1653

C. TIMOTHY GARY, ESQ.
DW FRANKLIN CONSULTING GROUP, LLC
424 CHURCH STREET, SUITE 1300
NASHVILLE TN 37219

CAHABA GOVERNMENT BENEFIT ADMINISTRATORS
C/O CT CORPORATION SYSTEM
300 MONTVUE RD.
KNOXVILLE TN 37919-5546

CERILLIANT
811 PALOMA DRIVE, SUITE A
ROUND ROCK TX 78665

CGS DME MAC
P.O. BOX 955152
SAINT LOUIS MO 63195-5152

CIGNA
P.O. BOX 23487
CHATTANOOGA TN 37422-3487

COLLEGE OF AMERCAN PATHOLOGISTS(CAP)
P O BOX 71698
CHICAGO IL 60694-1698

D&H ELECTRONIC SYSTEMS, INC.
PO BOX 377
MOUNT JULIET TN 37121

DAVID ROSS, ADMINACTION COORDINATOR
SGS SOUTHEASTERN UNIFIED PROGRAM INTEGRI
 33027
MIRAMAR FL 33027

DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA PA 19101-1602

DELAGE LANDEN FINANCIAL SERVICES, INC.
LEASE DIRECT
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087

DIALOG HEALTH INC. - CO
ATTN: BRANDON DANIELL
PO BOX 101043
DENVER CO 80250

EBSCO
P.O. BOX 830460
BIRMINGHAM AL 35283-0460

ELLEN BOWDEN MCINTYRE, ASSISTANT US ATTY
UNITED STATES DEPARTMENT OF JUSTICE
110 9TH AVENUE S., SUITE A-961
NASHVILLE TN 37203

ERISA SERVICES, INC.
PO BOX 24628
KNOXVILLE TN 37933

EXPERIAN HEALTH, INC.
C/O EXPERIAN
PO BOX 886133
LOS ANGELES CA 90088-6133

EXTRA SPACE STORAGE
3510 GLENN MCCONNELL PKWY
CHARLESTON SC 29414

EYE CARE CENTER ASSOCIATES, P.A.
ATTN: R. CRAIG COLLIER, M.D.
1100 NORTH JACKSON STREET,
TULLAHOMA TN 37388

FIRST DATA GLOBAL LEASING
4000 CORAL RIDGE DRIVE
CORAL SPRINGS FL 33065

FIRST SECURITY SELF STORAGE
5 MIDWAY PLAZA DR. NW
CHRISTIANSBURG VA 24073-6574

FISHER HEALTH CARE
P.O. BOX 404705
ATLANTA GA 30384-4705

FROST-ARNETT
P.O. BOX 198988
NASHVILLE TN 37219

GENZYME CORPORATION
62665 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0626

HEALTHCARESOURCEHR, INC.
PO BOX 783577
PHILADELPHIA PA 19178-3577

HENRY SCHEIN-2013
DEPT CH 10560
PALATINE IL 60055-0560

HLM INVESTMENTS
315 NORTH WASHINGTON, SUITE 209
ATTN: MIKE ATWOOD
COOKEVILLE TN 38501

HUMANA
ATTN: PROVIDER PAYMENT INTEGRITY DEPT.
P.O. BOX 14601
LEXINGTON KY 40512-4601

HUMANA MILITARY
TRICARE EAST REFUNDS / RECOUPMENTS
P.O. BOX 7937
MADISON WI 53707-7937

IDEACOM NETWORKS
220 GREAT CIRCLE ROAD
SUITE 110
NASHVILLE TN 37228

JAY S. BOWEN, ESQ.
SHACKELFORD, BOWEN, MCKINLEY & NORTON, L
47 MUSIC SQUARE EAST
NASHVILLE TN 37203

JOHN MARCHLOWSKA
DIRECTOR PROGRAM INTEGRITY DEFENSE HEALT
16401 EAST CENTRETECH PARKWAY
AURORA CO 80011-9043

JULIE PINETTE, PROGRAM INTEGRITY
DIVISION OF TENNCARE
310 GREAT CIRCLE ROAD
NASHVILLE TN 37243

KRAFT CPAS PLLC
555 GREAT CIRCLE ROAD
NASHVILLE TN 37228-1310

LINKEDIN CORPORATION
62228 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0622

LISABETH WILLIAMS, M.D.
103 GENERALS RETREAT PLACE
FRANKLIN TN 37064

LIVEMESSAGE AMERICA
PO BOX 639236
CINCINNATI OH 45263-9236

LORI M. TINSLEY
C/O RICHARD W. DAVIS, JR., ESQ.
P.O. BOX 3448
RADFORD VA 24143

LYNE, LLC
6 S. 14TH STREET
NASHVILLE TN 37206

MARATHON REALTY CORP.
1 FOOD CITY CIRCLE
PO BOX 1158
ABINGDON VA 24212

MEDMANAGEMENT, INC.
725 COOL SPRINGS BLVD., SUITE 550
FRANKLIN TN 37067

MEDSAFE WASTE, LLC
204 LOUISE AVENUE
SUITE A
HENDERSONVILLE TN 37075

MEDTECH ENTERPRISES
2158 NORTHGATE PARK LANE
SUITE 408
CHATTANOOGA TN 37415-6957

MERIT LABORATORY PARTNERS
357 RIVERSIDE DRIVE
SUITE 100
FRANKLIN TN 37064-8958

NC TRACKS
P.O. BOX 300009
RALEIGH NC 27622-8009

PALMETO GBA, LLC
C/O DUNCAN S. MCINTOSH
I-20 AT ALPINE RD., AA-270
COLUMBIA SC 29219

PALMETTO GBA
2300 SPRINGDALE DRIVE
CAMDEN SC 29020

PERFORMANT RECOVERY, INC.
CMS RAC
P.O. BOX 3568
SAN ANGELO TX 76902

PHILIP BANGLE, ASSISTANT ATTORNEY GENERA
MEDICAID FRAUD & INTEGRITY DIVISION
500 CHARLOTTE AVENUE
NASHVILLE TN 37243

PRINT AUTHORITY
7103-B CROSSROADS BLVD.
BRENTWOOD TN 37027

PUBLIC STORAGE
2363 ASHLEY RIVER RD.
CHARLESTON SC 29414

R. STEPHEN JOBE, SENIOR COUNSEL
MEDICAID FRAUD & INTEGRITY DIVISION
500 CHARLOTTE AVENUE
NASHVILLE TN 37243

RICHARDSON R. LYNN
PO BOX 921
LEXINGTON VA 24450

RINOVA THE WELLNESS GROUP, P.C.
725 COOL SPRINGS BLVD.
SUITE 550
FRANKLIN TN 37067

RINOVA THE WELLNESS GROUP, P.C.
725 COOL SPRINGS BLVD.
SUITE 550
FRANKLIN TN 37068

RJ YOUNG
PO BOX 415000
NASHVILLE TN 37241-7511

RJ YOUNG
809 DIVISION STREET
NASHVILLE TN 37203

ROBERT A. PEAL, ESQ.
FUNK|SIMS, PLC
3322 WEST END AVE. #200
NASHVILLE TN 37203

SECURE STORAGE SOLUTIONS
PO BOX 393
LAWRENCEBURG TN 38464

SELFSTOR SOLUTIONS
881 HILLSIDE DRIVE
COOKEVILLE TN 38501

SHACKELFORD, BOWEN, MCKINLEY AND NORTON
47 MUSIC SQUARE EAST
NASHVILLE TN 37203

SHRED-IT
28883 NETWORK PLACE
CHICAGO IL 60673-1288

STATE OF TENNESSEE, DEPARTMENT OF HEALTH
ATTN: OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 20207, TENNCARE
NASHVILLE TN 37203-0207

STORPLACE OF VETERANS PKWY
138 VERERANS PARKWAY
MURFREESBORO TN 37128

STOWAWAY STORAGE
2005 AMERICAN WAY
KINGSPORT TN 37660

STRYKER SALES CORP
PO BOX 70119
CHICAGO IL 60673-0119

THOMAS A. WISEMAN III, ESQ.
WISEMAN ASHWORTH LAW GROUP
511 UNION STREET, SUITE 800
NASHVILLE TN 37219-1743

TITAN MANAGEMENT PARTNERS, LLC
123 WILTON PLACE
MOORESVILLE NC 28117

TLC MINI STORAGE
1960 MEMORIAL STREET
CLARKSVILLE TN 37043

U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 830794
BIRMINGHAM AL 35283-0794

UCT, LLC
2731 BARTRAM ROAD
BRISTOL PA 19007

UNITED HEALTHCARE
ATTN: RECOVERY SERVICES
P.O. BOX 740804
ATLANTA GA 30374-0804

US GOVERNMENT, DEPARTMENT OF HEALTH
AND HUMAN SERVICES (CMS & TRICARE)
110 9TH AVE, SOUTH, SUITE A-961
NASHVILLE TN 37203

W. ANTHONY HULLENDER DEP. ATTY GENERAL
500 CHARLOTTE AVENUE
MEDICAID FRAUD & INTEGRITY DIVISION
NASHVILLE TN 37243

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Pain MD, LLC**

Debtor(s)

Case No. _____

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pain MD, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 14, 2019

Date

/s/ Robert J. Mendes

**Robert J. Mendes 017120**

Signature of Attorney or Litigant

Counsel for   **Pain MD, LLC**

**Waypoint Law PLLC**
**346 21st Avenue North**
**Nashville, TN 37203**
**615.209.7477**
**bmendes@waypointlaw.com**